# Court of Appeals of the State of Georgia

ATLANTA, October 31, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0504. ROBERT J. DAVIS v. THE STATE.

We granted Robert J. Davis's application for discretionary appeal from the trial court's order denying his motion to modify a stalking permanent protective order entered against him.[1] See Case No. A18D0054. Our order, which was entered on September 5, 2017, informed Davis that he had ten days to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."); see also *Riley v. State*, 280 Ga. 267, 268 (626 SE2d 116) (2006).

The tenth day after entry of our order granting Davis's application fell on Friday, September 15, 2017. Davis, however, did not file his notice of appeal until Monday, September 18, 2017.[2] The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).

Because Davis's notice of appeal was not timely filed, this appeal is hereby

---

[1] Davis is currently serving a ten-year prison sentence for aggravated stalking.

[2] The Peach County courthouse was closed on September 11 and 12, 2017 due to Hurricane Irma. Even accounting for this closure, Davis's notice of appeal is still untimely.

DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*__10/31/2017__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*